# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| ANGELA C. BAUER, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 7:17-CV-00128-M |
| NANCY A. BERRYHILL, Deputy Commissioner of Operations Performing the duties and functions not Reserved to the Commissioner of Social Security,[1] | § |
| Defendant. | § |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections on July 29, 2018. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore ORDERED that the decision of the Commissioner is **AFFIRMED**.

**SO ORDERED** this 20th day of August, 2018.

*/s/ Barbara M. G. Lynn*
BARBARA M. G. LYNN
CHIEF JUDGE

---

[1] Nancy Berryhill is no longer the Acting Commissioner of Social Security. The revised title is necessary until the President appoints another executive to serve as Acting Commissioner, or there is a nominee for the position of Commissioner of Social Security, at which time the Federal Vacancies Reform Act of 1998, 5 U.S.C. § 3346(a)(2), would allow Nancy Berryhill to resume the position of Acting Commissioner of Social Security while the nomination is pending.